**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MP2 ENERGY LLC, now known as<br>SHELL ENERGY SOLUTIONS,<br> *Plaintiff and Counter-Defendant*<br><br>v.<br><br>DOWNUNDER GEOSOLUTIONS<br>(AMERICA), LLC<br> *Defendant and Counter-Plaintiff* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-24-2347 |

---

## RELEASE OF JUDGMENT

---

On February 20, 2026, a final judgment was entered in favor of Plaintiff, MP2 Energy, LLC ("MP2"), and against Defendant, DownUnder GeoSolutions (America) LLC ("DUG"), for $270,477.62, together with attorneys' fees in the amount of $1,846,909.00 and court costs and expenses in the amount of $8,236.69. (ECF No. 112).

The judgment has been fully and finally satisfied to MP2 and, accordingly, MP2 hereby releases the Judgment and any right to file an abstract or lien on any property of the judgment debtor, DUG, or to otherwise execute on the Judgment.

Respectfully submitted,

_____  4.8.26

Michael J. Mazzone
HAYNES BOONE LLP
Federal ID No. 4267
State Bar No. 13313000
1221 McKinney, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2115
Facsimile: (713) 236-5662
*michael.mazzone@haynesboone.com*

**ATTORNEY FOR PLAINTIFF, MP2
ENERGY LLC d/b/a SHELL ENERGY
SOLUTIONS**